

# NUMBER 13-07-252-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

JESSE PEREZ,                                                                          Appellant,

v.

RICKY P. CASAREZ,                                                                  Appellee.

## On appeal from the County Court of Bee County, Texas.

# MEMORANDUM OPINION

**Before Chief Justice Valdez and Justices Rodriguez and Benavides**
**Memorandum Opinion Per Curiam**

Appellant, Jesse Perez, attempted to perfect an appeal from an order entered by

the County Court of Bee County, Texas, in cause no. 4274. Upon review of the documents

before the Court, it appeared that the order appealed from was that of a county court

regarding a small claims appeal. Judgment of a county court on the appeal is final. *See*

Tex. Gov't Code Ann. §28.053 (Vernon 2004). The Clerk of this Court notified appellant

that it did not appear that this Court has jurisdiction and notified appellant of this defect so that steps could be taken to correct the defect, if it could be done.  *See* TEX. R. APP. P. 37.1, 42.3.   Appellant was advised that, if the defect was not corrected within ten days from the date of receipt of this notice, the appeal would be dismissed for want of jurisdiction.  Appellant failed to respond to the Court's notice.

The Court, having considered the documents on file and appellant's failure to correct the defect in this matter, is of the opinion that the appeal should be dismissed for want of jurisdiction.   *See id.*   Accordingly, the appeal is DISMISSED FOR WANT OF JURISDICTION.  *See id.* 42.3(b),(c).

PER CURIAM

Memorandum Opinion delivered and
filed this the 11th day of December, 2008.